UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 3:25-mj-1204 |
| | ) | | |
| | ) | JUDGE NEWBERN | |
| GERARDO CARDONA-GONZALEZ | ) | | |

## UNITED STATES' MOTION FOR DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT

Comes Now the United States of America by Robert E. McGuire, Acting United States Attorney, and Joshua A. Kurtzman, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves…any felony…that involves a narcotics offense for which the maximum term of imprisonment is ten years or more." 18 U.S.C. § 3142(f)(1)(A)-(E). The statement in support of the Criminal Complaint in this case describes that the Defendant possessed possessed significant amounts of cocaine and methamphetamine that he intended to distribute, which is a felony narcotics offense for which the maximum term of imprisonment is ten years or more. Therefore, the Court should set a detention hearing based on the fact that, statutorily, the Government is entitled to one on their own motion in a case involving this offense.

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney

By:

 /s/ Joshua A. Kurtzman
AUSA JOSH KURTZMAN
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203